ANNE J. HELLER et al., as Successor Trustees for Holders of Mortgage Investments Issued and Guaranteed by WESTCHESTER TITLE & TRUST COMPANY, Respondents, *v.* AMAWALK NURSERY, INC., et al., Defendants, and J. CLIFFORD MCCHRISTIE, as Trustee in Bankruptcy of AMAWALK NURSERY, INC., et al., Appellants.

ANNE J. HELLER et al., as Successor Trustees for Holders of Mortgage Investments Issued and Guaranteed by LAWYERS WESTCHESTER MORTGAGE & TITLE COMPANY, Respondents, *v.* AMAWALK NURSERY, INC., et al., Defendants, and J. CLIFFORD MCCHRISTIE, as Trustee in Bankruptcy of AMAWALK NURSERY, INC., et al., Appellants.

Argued April 14, 1938; decided May 17, 1938.

*Arthur F. Driscoll, Benjamin Pepper* and *Lewis H. Saper* for appellants.

*Alfred M. Bailey, Frank M. Gagliardi* and *William T. Gallagher* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: FINCH and RIPPEY, JJ.